# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| RANDALL BYARD, | |
|     Plaintiff, | Case No. 3:19-cv-00659 |
| v. | Chief Judge Waverly D. Crenshaw, Jr. |
| | Magistrate Judge Alistair E. Newbern |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |

## **ORDER**

The Magistrate Judge held a telephonic case management conference with counsel for the parties on March 23, 2020. Counsel report that the case is progressing, but additional time is needed to complete fact discovery. To properly account for the uncertainty of travel and in-person meetings caused by the COVID-19 global pandemic, counsel shall meet and confer over the coming weeks to determine an appropriate extension and shall file a joint motion to extend the fact discovery period by April 30, 2020. All other deadlines remain as set.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge